

# United States Department of the Interior

NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite National Park, California 95389

## STANDING ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND

| FED. #5630 | DATE 10-28-06 | CASE NUMBER 06-4528 |
|---|---|---|

| NAME OF DEFENDANT | ADDRESS OF DEFENDANT | TELEPHONE NUMBER |
|---|---|---|
| JENSEN, Sarah Chynna | Yosemite, CA 95389 | |
| **NAME[s] OF SURETY[ies]** | **NAME[s] OF SURETY[ies]** | **TELEPHONE NUMBER** |
| NONE (O.R) | NONE | |
| **NAME OF CUSTODIAN** | **ADDRESS OF CUSTODIAN** | **TELEPHONE NUMBER** |
| | | |

| AMOUNT OF BOND (R.O.R.) $ 0.0 | ☐ PAID BY 0.0 $DEPOSIT RECEIVED | TIME AND DATE OF NEXT APPEARANCE 09:00am, 11-21-06 | COURTROOM US Magistrate Court Yosemite, California |
|---|---|---|---|

Pursuant to Standing Order Release on Cash Bond In Yosemite National Park, signed by the Honorable William M. Wunderlich, United States Magistrate Judge, on July 5, 2006, the following are standard conditions of release and appearance:

> Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if arrested or cited by law enforcement officer.
>
> Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
>
> Defendant shall not commit any federal, state, local crime.
>
> Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation.
>
> Defendant shall immediately advise the Court, Pretrial Services, Defense Counsel and the U.S. Attorney in writing of any change in address and telephone number.

I understand and agree to the conditions of release and promise to appear on the assigned court date noted above.

Signed: _SARAH JENSEN_
Defendant

I have provided the defendant with a copy of this signed release.

Signed: _George Stein_
Park Ranger